| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Joshua Sternberg 250687**<br>**8605 Santa Monica Blvd.,**<br>**Suite #81823**<br>**West Hollywood, CA 90069-4109**<br>**310-270-4343 Fax: 310-270-4344**<br>**250687 CA**<br>**JS@STERNBERGLAWGROUP.COM** | |

☐ *Individual appearing without attorney*
☑ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Bayarmanlai Bayarsaikhan**

Debtor(s).

CASE NO: **8:25-bk-11710-MH**

CHAPTER __13__

**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**

(with supporting declarations)

DATE: **07/17/2025**
TIME: **01:30 pm**
COURTROOM: **6C**
PLACE: **411 West Fourth Street, Santa Ana, CA 92701-4593**

**Movant:** __Bayarmanlai Bayarsaikhan__

1. NOTICE IS HEREBY GIVEN to **BSI Financial Services Attn: Bankruptcy 4200 Regent Blvd. Ste B200 Irving, TX 75063** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☐ 255 East Temple Street, Los Angeles, CA 90012        ☑ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

3.  a.  ☑  This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion,

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 4001-1.IMPOSE.STAY.MOTION**

you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

b. ☐ This motion is being heard on SHORTENED NOTICE.  If you wish to oppose this motion, you must appear at the hearing.  Any written response or evidence must be filed and served: ☐ at the hearing   ☐ at least ___ days before the hearing.

   (1) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

   (3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending.  Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: **June 25, 2025**

**Sternberg Law Group**
Printed name of law firm (if applicable)

**Joshua Sternberg 250687**
Printed name of individual Movant or attorney for Movant

**/s/ Joshua Sternberg**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page  2                    **F 4001-1.IMPOSE.STAY.MOTION**

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** Bayarmanlai Bayarsaikhan

1. **The Property or Debt at Issue:**
   a. ☐ Movant moves for an order imposing a stay with respect to the following property (Property):
      ☐ Vehicle *(describe year, manufacturer, type, and model)*:
      Vehicle Identification Number:
      Location of vehicle *(if known)*:

      ☐ Equipment *(describe manufacturer, type, and characteristics)*:
      Serial number(s):

      Location *(if known)*:

      ☐ Other Personal Property *(describe type, identifying information, and location)*:

      ☑ Real Property
      Street Address: 8811 Baywood Drive
      Apt./Suite No.:
      City, State, Zip Code: Huntington Beach, CA 92646
      Legal description or document recording number(include county of recording):

      N-TRACT: 8945 BLOCK: LOT: 119

      ☑ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) **BSI Financial Services Attn: Bankruptcy 4200 Regent Blvd. Ste B200 Irving, TX 75063** to secure the sum of approximately $ **1,022,812.00** now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditors/Lessors</u> as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** <u>as to *all creditors.*</u>

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditor/Lessor</u>, and/or

   e. ☑ Movant moves for an order **continuing the automatic stay** <u>as to *all creditors*</u>.

2. **Case History:**
   a. ☑ A voluntary  ☐ An involuntary petition concerning an individual[s] under chapter  ☐ 7  ☐ 11  ☐ 12
      ☑ 13 was filed concerning the present case on *(specify date)*:

   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                        Page 3                        F 4001-1.IMPOSE.STAY.MOTION

## Exhibit "A"

## Legal Description

A.P.N.: 153-592-04

Real property in the City of Huntington Beach, County of Orange, State of California, described as follows:

LOT 119 OF TRACT NO. 8945, AS PER MAP RECORDED IN BOOK 379, PAGES 26, 27 AND 28 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF SAID LAND, BUT WITHOUT THE RIGHT OF ENTRY UPON ANY PORTION OF THE SURFACE ABOVE A DEPTH OF 500 FEET, TO TAKE, MARKET, MINE, EXPLORE OR DRILL FOR SAME, AS RESERVED IN DEEDS OF RECORD.

ALSO EXCEPTING THEREFROM THE SUBSURFACE WATER RIGHTS, BUT WITHOUT THE RIGHT OF ENTRY TO THE SURFACE OR THE SUBSURFACE ABOVE A DEPTH OF 500 FEET, AS DEDICATED TO THE CITY OF HUNTINGTON BEACH ON THE MAP OF SAID TRACT. OR-9306361

    d. ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

        1. Case name: Bayarmanlai Bayarsaikhan
           Case number: 8:25-bk-11566-MH        Chapter: 13
           Date Filed: 06/09/2025        Date dismissed: 06/24/2025
           Relief from stay re this Property    ☐ was    ☑ was not granted
           Reason for dismissal: failure to file schedules, statements, and/or plan

        2. Case name:
           Case number:        Chapter:
           Date Filed:        Date dismissed:
           Relief from stay re this Property    ☐ was    ☐ was not granted
           Reason for dismissal:

        ☐ See attached continuation page

    e. ☑ As of the date of this motion the Debtor ☐ has ☑ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

    f. ☑ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was ___ and the court ☐ has ☑ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is ___.

    g. ☐ In a previous case(s), as of the date of dismissal there was:
       ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
       ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 1. Property description/value: **8811 Baywood Drive Huntington Beach, CA 92646**   $ **1,750,000.00**
   2. Creditor/Lien amount: **BSI Financial Services**   $ **1,022,812.00**
   3. Creditor/Lien amount: __   $ __
   4. Creditor/Lien amount: __   $ __
   5. Creditor/Lien amount: __   $ __
   6. Total Liens   $ **1,022,812.00**
   7. Debtor's Homestead Exemption   $ **722,151.00**
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)   $ **5,037.00**

b) 1. Propery description/value: __   $ __
   2. Creditor/Lien amount: __   $ __
   3. Creditor/Lien amount: __   $ __
   4. Creditor/Lien amount: __   $ __
   5. Creditor/Lien amount:   $ __
   6. Total Liens   $ __
   7. Debtor's Homestead Exemption   $ __
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)   $ __

    ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 4001-1.IMPOSE.STAY.MOTION**

4. **Grounds for Continuing the Stay:**

   a. ☑ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

      1. ☑ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

         A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);
         B. ☑ Good faith is shown because **Prior case was dismissed for failure to file schedules, statements, and/or plan. However Debtor provided required signed documents timely. The prior case was dismissed due to attorney error**.

            ☐ See attached continuation page

      2. ☑ The Property is of consequential value or benefit to the estate because:

         A. ☐ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property);*.

         B. ☑ The Property is necessary to a reorganization for the following reasons: **The property is Debtor's main asset and debtor can afford Plan Payments and mortgage payments.**

            ☐ See attached continuation page

         C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) __

            ☐ See attached continuation page

      3. ☑ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

         A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);
         B. ☑ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
         C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because __

            ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 5                          F 4001-1.IMPOSE.STAY.MOTION

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

☐ See attached continuation page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐ See attached continuation page

F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons __

☐ See attached continuation page

4. ☑ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because **Debtor in no way means to delay, hinder or harm any creditors. Debtor is committed to the Chapter 13 Plan and will be making all post-petition payments to secured creditors. Debtor has the income needed to fund the Plan. The current case is feasible based on Debtor's income and expenses**. __

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
   1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is _____ greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 6     F 4001-1.IMPOSE.STAY.MOTION

    2. ☐  The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: __.

        ☐ See attached continuation page

    3. ☐  The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: __

        ☐ See attached continuation page

b. ☐  The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

    1. ☐  The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

    2. ☐  Good faith is shown because __

        ☐ See attached continuation page

c. ☐  The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

    1. ☐  Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: __

        ☐ See attached continuation page

    2. ☐  Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

    3. ☐  Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

        ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 7        **F 4001-1.IMPOSE.STAY.MOTION**

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐ See attached continuation page

5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons __

☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __

☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

   a. ☐ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
   b. ☑ Other Declaration(s) are also attached in support of this Motion
   c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.
   d. ☐ Other evidence *(specify)*: __

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)*:

1. ☑ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 8    **F 4001-1.IMPOSE.STAY.MOTION**

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court..

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. ☐ For other relief requested, see attached continuation page.


Date: **June 25, 2025**

Respectfully submitted,
**Bayarmanlai Bayarsaikhan**
Movant Name
**Sternberg Law Group**
Firm Name of attorney for Movant (if applicable)

**/s/ Joshua Sternberg**
Signature
**Joshua Sternberg 250687**
Printed Name of Individual Movant or Attorney for Movant


## DECLARATION OF MOVANT

I **Bayarmanlai Bayarsaikhan**, am the Movant. I have read the foregoing motion consisting of __18__ pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 25, 2025 | Bayarmanlai Bayarsaikhan | /s/ Bayarmanlai Bayarsaikhan |
|---|---|---|
| Date | Printed name of declarant | Signature |

```
Joshua L. Sternberg, CA SBN: 250687
8605 Santa Monica Blvd., Suite 81823
West Hollywood, CA 90069-4109
Telephone: 310-270-4343
Facsimile: 310-270-4344
Email: JS@SternbergLawGroup.com
```

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**Bayarmanlai Bayarsaikhan**<br><br>Debtor. | **CASE NO: 8:25-bk-11710-MH**<br><br>Chapter 13<br><br>**DECLARATION OF DEBTOR'S COUNSEL RE: MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**Hearing**<br>**Date:** July 17, 2025<br>**Time:** 1:30pm<br>**Location:** 411 West Fourth Street, Santa Ana, CA 92701-4593<br>**Courtroom:** 6C |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

I, Joshua L. Sternberg, hereby declare as follows:

1. I have personal knowledge of the following and could and would testify to the following if called upon to do in Court.

2. I am the attorney of record for Debtor Bayarmanlai Bayarsaikhan.

3. I make this declaration in support of the Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay, filed on June 26, 2025 as docket #   .

4. On June 9, 2024 Debtor filed Chapter 13 Bankruptcy; case number 8:25-bk-11566-MH.

5. Debtor's prior Chapter 13 bankruptcy, Case No. 6:22-bk-11277-WJ, was dismissed on June 24, 2025, for failure to file schedules, statements, and plan.

6. The failure to file the required documents in the prior case was not due to any fault or inaction on the part of the Debtor.

7. The Debtor timely provided all necessary documentation, including signed copies of the petition, schedules, statements, and the Chapter 13 plan, to my office well before the applicable filing deadlines.

8. Unfortunately, the required documents were not filed with the Court by the applicable deadline due to attorney error.

2

9. Specifically, my office did not complete the electronic filing process as expected.

10. This oversight was unintentional and the result of an administrative error on the part of my staff.

11. Since the dismissal of the prior case, we have reviewed and corrected the internal procedures that led to this error to ensure future compliance with all filing deadlines.

12. The Debtor filed the current Chapter 13 case in good faith and intends to fully prosecute the case to confirmation and completion.

13. The Debtor has continued to cooperate fully with counsel and the Trustee and remains committed to fulfilling all obligations under the proposed Chapter 13 plan.

14. Because this is the Debtor's second bankruptcy filing within a 12-month period of a prior case, the automatic stay in this case will expire on July 25, 2024.

9. However, Debtor's primary residence located at 8811 Baywood Drive Huntington Beach, CA 92646 is scheduled for foreclosure on July 16, 2025.

10. Attached as Exhibit "A" is evidence of the July 16, 2025 foreclosure sale date.

3

11. I respectfully submit that cause exists to grant the Motion to Continue the Automatic Stay, as the Debtor's prior case was dismissed due to circumstances beyond the Debtor's control, and the Debtor is making a good faith effort to reorganize under Chapter 13.

12. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 26, 2025

By: /s/ Joshua L. Sternberg
Joshua L. Sternberg
Attorney for Debtor

4

# EXHIBIT A

8811 BAYWOOD DR, HUNTINGTON BEACH, CA 92646

Contacts    Property    Value & Equity    **Transactions**    Listings    Neighborhood    My Info

| | 8/21/24 | SOKOLOF REMTULLA | |
|---|---|---|---|
| - NTS | 104535 4/8/25 | BAYARMANLAI BAYARSAIKHAN SOKOLOF REMTULLA | $1,023,632 |

Original, *Updated*, **Added**, ~~Deleted~~, Current Owner

### Title Checklist

| Title Research Complete | Lien Positions Verified | Full Value Transfer |
|---|---|---|
| Sequential Loan Recording | No Federal (IRS) Liens | Checked On |

Title Search — Orange County Recorder

### Foreclosures

| | |
|---|---|
| Selected Foreclosure | NTS - 4/8/2025 |
| Foreclosure Stage | Auction |
| TS Number | 2024-00228 |
| Sale Date | 7/16/2025 |
| Sale Time | 3:00 PM |
| Sale Place | 300 E CHAPMAN AVE, ORANGE |
| Postponed For | Bankruptcy |
| Prior Sale Date | 6/11/2025 |
| Original Sale Date | 5/14/2025 |
| Published Bid | $1,023,632 |
| Notice Recording Date | 4/8/2025 |
| Notice Document Number | 104535 |
| Trustee | SOKOLOF REMTULLA |
| Trustee Address | 2301 DUPONT DR STE 505 |
| Trustee City, St, Zip | IRVINE, CA 92612 |
| Trustee Phone | 714-848-9272 |
| Foreclosing Loan Date | 8/2/2021 |
| Foreclosing Loan Doc Number | 487926 |
| Foreclosing Loan Amount | $1,000,000 |
| Foreclosing Loan Position | 1 |
| Foreclosing Lender Name | NO LENDER ON DOCUMENT |

### Disclaimer

Property, transaction, estimated values, loan balances, rent and foreclosure data provided by PropertyRadar may be subject to errors and omissions and are for informational purposes only. User Agreeme

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**8605 Santa Monica Blvd.,**
**Suite #81823**
**West Hollywood, CA 90069-4109**

A true and correct copy of the foregoing document entitled (*specify*):    **Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **06/26/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**US Trustee,  ustpregion16.sa.ecf@usdoj.gov**
**Ch13 Trustee, efile@ch13ac.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **06/26/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Mark D. Houle**
**US Bankruptcy Court - Central District of California**
**411 West Fourth Street, Suite 6135 / Courtroom 6C**
**Santa Ana, CA 92701-4593**

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 26, 2025 | Joshua Sternberg 250687 | /s/ Joshua Sternberg |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 10    **F 4001-1.IMPOSE.STAY.MOTION**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:25-bk-11710-MH<br>Central District of California<br>Santa Ana<br>Thu Jun 26 13:35:32 PDT 2025 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | BSI Financial Srvs<br>Attn: Bankruptcy<br>4200 Regent Blvd. Ste B200<br>Irving, TX 75063-2240 | Franchise Tax Board<br>Personal Bankruptcy MS A340<br>Po Box 2952<br>Sacramento, CA 95812-2952 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Sokolof Remtulla<br>2301 Dupont Dr Ste 505<br>Irvine, CA 92612-7516 | Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 259004<br>Plano, TX 75025-9004 |
| (p)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Utility Selfreported<br>Po Box 4500<br>Allen, TX 75013-1311 |
| Amrane (SA) Cohen (TR)<br>770 The City Drive South Suite 3700<br>Orange, CA 92868-4928 | Bayarmanlai Bayarsaikhan<br>8811 Baywood Drive<br>Huntington Beach, CA 92646-2613 | Joshua Sternberg<br>Sternberg Law Group<br>8605 Santa Monica Blvd<br>Suite #81823<br>West Hollywood, CA 90069-4109 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| U.S Bank<br>PO Box 4493<br>Portland, OR 97208 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |